Opinion filed December 31, 1929.

Mandel Mendelson, for appellant. M. L. Carmody, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Hask Jacobs, appellee, v. Sadie Russell, appellant. Gen. No. 33,639.

Opinion filed December 31, 1929.

Frank F. Trunk, for appellant. Carlyle S. Guibor, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Jacob Gidwitz, plaintiff in error, v. Western Machine Works, defendant in error. Gen. No. 33,655.

Opinion filed December 31, 1929.

Alfred Beck, for plaintiff in error. John R. Ong, for defendant in error.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Marian B. Jackson, appellant, v. James P. Jackson, appellee. Gen. No. 33,674.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Rathje & Connor, for appellant; Emmet J. Cleary, of counsel. Hugh R. Porter, for appellee; Harry F. Brewer, of counsel.
Mr. Presiding Justice Barnes delivered the opinion of the court.

H. M. Hardy, appellee, v. Mary Potter Smith, trading as The Peoples Garage, appellant. Gen. No. 33,695.

Opinion filed December 31, 1929.

Kelley & Murphy, for appellant. Arne B. Hummeland, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Verna Mesunas, appellee, v. Anton Marshall, appellant. Gen. No. 33,740.